```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**MALIBU MEDIA, LLC,**

                  **Plaintiff,**              **18cv3263 (JGK)**

      **- against -**                      <u>**ORDER**</u>

**DOUGLAS BAKER,**

                  **Defendant.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Moses. The time for objections has passed and no objections have been filed. In any event, the Court finds that the Report and Recommendation are well-reasoned and should be adopted. The plaintiff should submit a proposed judgment by July 20, 2020. The defendant may respond by July 23, 2020. The plaintiff should serve a copy of this order on the defendant by July 16, 2020 and file proof of service by July 17, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **July 13, 2020**                  <u>      /s/ John G. Koeltl   </u>
                                                             **John G. Koeltl**
                                        **United States District Judge**